IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLODIAN NAZAJ, <br><br> Plaintiff, <br><br> -vs- <br><br> HOME DEPOT U.S.A. INC., <br> a Delaware corporation, <br><br> Defendants. | No. 07 cv 06944 <br><br> Honorable William T. Hart |

## MOTION TO EXTEND DISCOVERY

Plaintiff, KLODIAN NAZAJ, by and through his attorneys, NEMEROFF LAW OFFICES, LTD., and on their Motion to Extend Discovery. In support of said motion states as follows:

1. This matter arises out an occurrence involving the plaintiff and defendant on September 13, 2007. Plaintiff was a customer at Home Depot returning a tool previously purchased at the store as well as to do additional shopping. Plaintiff proceeded to the checkout cashier to pay for the items purchased while shopping at the store. Just before reaching the security guard located at the exit of the store to have his receipt checked the plaintiff was accosted by two employees/agents of the defendant Home Depot and was taken into custody. Plaintiff subsequently filed a lawsuit against the defendant Home Depot alleging battery, false imprisonment and malicious prosecution.

2. To date plaintiff has answered written discovery propounded by defendant.

3. Defendant's answers to written discovery are still outstanding to date.

4. The plaintiff's deposition was previously set for May 23, 2008.

5. Plaintiff within the past several months relocated to Las Vegas, Nevada.

6. Plaintiff was unable to attend the deposition set for May 23, 2008 because of his recent relocation out-of-state.

7. Plaintiff's deposition has been re-set in Chicago for July 25, 2008.

8. Defendant in their initial disclosures includes four Home Depot employees who have relevant knowledge regarding this occurrence.

9. The depositions of Home Depot employees Mike Oestmann and Zabrina Farmer are set for August 21, 2008.

10. The depositions of Home Dept employees Fred Torres and Ulises Laman are set for August 22, 2008.

11. Depending on the testimony of the depositions set there may be additional fact discovery to complete including police officers and other witnesses.

12. On June 30, 2008, defendant's counsel, Jonathan Schafer and plaintiff's counsel, Adam Goldfarb had a telephone conversation regarding extending discovery in this matter as discovery is set to close on June 30, 2008.

13. Defendant's counsel has no objection to extending the discovery closure date in this matter.

14. Plaintiff will be severely prejudiced if unable to complete the remaining discovery in this matter.

15. Plaintiff has not previously brought any written motions to extend discovery in this matter.

16. Plaintiff is requesting an additional 120 days to complete remaining fact discovery in this matter before proceeding with expert discovery.

WHEREFORE, Plaintiff, KLODIAN NAZAJ, respectfully requests that this court enter an order extending the discovery closure date for an additional 120 days and for any further relief this court deems necessary or just.

Respectfully submitted,
NEMEROFF LAW OFFICES, LTD.

/s/Adam S. Goldfarb, One of
Plaintiff's Attorneys

NEMEROFF LAW OFFICES, LTD.
Attorneys for Plaintiff
55 West Monroe Street
Suite 600
Chicago, IL 60603
(312) 629-8800