IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLODIAN NAZAJ, | ) |
| Plaintiff, | ) ) ) ) |
| -vs- | ) ) No. 07 cv 06944 |
| HOME DEPOT U.S.A. INC., a Delaware corporation, | ) ) Honorable William T. Hart ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

**TO:**
Jonathan P. Schaefer
Purcell & Wardrope
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(Facsimile: 312/427-3944)
(Email: jps@pw-law.com)

On **July 9, 2008** at **11:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart or any judge sitting in his stead, in the courtroom usually occupied by him in **Courtroom 2243**, Dirksen Federal Building, Chicago, Illinois and then and there present the attached Plaintiff's Motion.

Respectfully submitted,

/s/Adam S. Goldfarb

Adam S. Goldfarb
Nemeroff Law Offices, Ltd.
55 West Monroe St., Suite 600
Chicago, IL 60603
(312) 629 -8800 (telephone)
(312) 629 -8800 (facsimile)
Juryman1@aol.com

## PROOF OF SERVICE

I, Adam S. Goldfarb, an attorney, certify that I served this notice and a copy of the attached motion on the Defendant's attorney(s) by electronically filing on **June 30, 2008**. Notice of this filing has been faxed to all parties of record listed above. Parties may access this filing through the Court's electronic system.                     /s/ Adam S. Goldfarb