3576/HD384 JPS/BSP

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| KLODIAN NAZAJ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-06944 |
| ) | Honorable William T. Hart |
| HOME DEPOT, U.S.A., INC., a ) | |
| Delaware corporation, ) | |
| ) | |
| *Defendant* ) | |

### NOTICE OF MOTION

To:   David Nemeroff
      Nemeroff Law Offices, Ltd.
      55 West Monroe St., Suite 600
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **July 9, 2008**, at **11:00 a.m.,** I shall appear before District Judge William Hart in **Courtroom 2243** of the United States District Court for the Northern District of Illinois – Eastern Division, and shall there and then present *Home Depot's Agreed Motion For Protective Order,* a copy of which is attached hereto and served upon you.

/s/ Jonathan P. Schaefer
Jonathan P. Schaefer

PURCELL & WARDROPE CHTD
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3576 - Nazaj\Pleadings\NOM001.doc

### AFFIDAVIT OF SERVICE

I, Amy J. Kobel, being first duly sworn, upon oath, depose and state that affiant served a copy, via electronic mail and regular U.S. Mail, of the foregoing Notice of Motion and Documents referenced, to all attorney(s) of record, at their listed address(es), on July 3, 2008.

/s/ Amy J. Kobel
Amy J. Kobel

SUBSCRIBED AND SWORN to before
me this 3rd day of July, 2008.

/s/ Josefina Rojas
NOTARY PUBLIC

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011