3576/HD384 JPS/BSP

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| KLODIAN NAZAJ,<br><br>    *Plaintiff,*<br><br>v.<br><br>HOME DEPOT, U.S.A., INC., a<br>Delaware corporation,<br><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)  Case No.: 1:07-cv-06944<br>)  Honorable William T. Hart<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:   David Nemeroff
       Nemeroff Law Offices, Ltd.
       55 West Monroe St., Suite 600
       Chicago, IL 60603

     **PLEASE TAKE NOTICE** that on **July 9, 2008**, at **11:00 a.m.,** I shall appear before District Judge William Hart in **Courtroom 2243** of the United States District Court for the Northern District of Illinois – Eastern Division, and shall there and then present ***Home Depot's Agreed Motion For Protective Order,*** a copy of which is attached hereto and served upon you.

                                                /s/ Jonathan P. Schaefer
                                                Jonathan P. Schaefer

PURCELL & WARDROPE CHTD
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3576 - Nazaj\Pleadings\NOM001.doc

## AFFIDAVIT OF SERVICE

     I, Amy J. Kobel, being first duly sworn, upon oath, depose and state that affiant served a copy, via electronic mail and regular U.S. Mail, of the foregoing Notice of Motion and Documents referenced, to all attorney(s) of record, at their listed address(es), on July 3, 2008.

                                                   /s/ Amy J. Kobel
                                                 Amy J. Kobel

SUBSCRIBED AND SWORN to before
me this 3rd day of July, 2008.

/s/ Josefina Rojas
NOTARY PUBLIC

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011