Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6944 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Nazaj vs. Home Depot, U.S.A., Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/29/2008 at 11:00 a.m. Plaintiff's motion to extend discovery [8] is granted. Discovery is extended to 10/30/2008. Defendant's agreed motion for protective order [10] is granted as modified. Enter Agreed Stipulation and Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|

FILED-EDI

2008 JUL -9 PM 5:17

U.S. DISTRICT COURT
CLERK