IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLODIAN NAZAJ,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>HOME DEPOT U.S.A. INC.,<br>a Delaware corporation,<br><br>　　　　Defendants. | No. 07 CV 06944<br><br>Honorable William T. Hart |

## MOTION FOR REMOVAL OF CAUSE TO THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Plaintiff, KLODIAN NAZAJ, by and through his attorneys, NEMEROFF LAW OFFICES, LTD., and on their Motion for Removal of Cause to the Circuit Court of Cook County, Illinois. In support of said motion states as follows:

1. This matter arises out an occurrence involving the plaintiff and defendant Home Depot on September 13, 2007. Plaintiff was a customer at Home Depot returning a tool previously purchased at the store as well as to do additional shopping. Plaintiff proceeded to the checkout cashier to pay for the items purchased while shopping at the store. Just before reaching the security guard located at the exit of the store to have his receipt checked the plaintiff was accosted by two employees/agents of the defendant Home Depot and was taken into custody. Plaintiff subsequently filed a lawsuit against the defendant Home Depot alleging battery, false imprisonment and malicious prosecution.

2. Plaintiff filed the initial complaint in the Circuit Court of Cook County, Illinois.

3. Defendant brought a motion for removal to the United States District Court for the Northern District of Illinois, Eastern Division on the basis that the damages sought were in excess of $75,000.00 and that there was diversity jurisdiction between the plaintiff and defendant.

4. Plaintiff has subsequently filed a motion for leave to add a count for intentional infliction of emotional distress against Defendant Home Depot and counts for

defamation and intentional infliction of emotional distress against new party defendants, Mike Oestmann, Fred Torres, Ulises Laman, ZaBrina Farmer, Kimberly Hosch and Henry Hale.

5. On August 11, 2008, defendant fully disclosed the identities of Home Depot employees. A copy of the August 11, 2008 letter from defendant's counsel is attached hereto and incorporated herein as Exhibit "A." Prior to that date, plaintiff's counsel did not have the fully disclosed information in order to name the Home Depot employees as party defendants.

6. Mike Oestmann, Fred Torres, Ulises Laman, ZaBrina Farmer, and Kimberly Hosch are all citizens of the State of Illinois. There would no longer be diversity jurisdiction amongst all the parties involved in this lawsuit since at least five of the new party defendants are also residents of the State of Illinois.

7. This case must be removed to the Circuit Court of Cook County, Illinois based on the fact that there is no longer diversity jurisdiction once Mike Oestmann, Fred Torres, Ulises Laman, ZaBrina Farmer, Kimberly Hosch, along with Henry Hale are added as party defendants since the plaintiff was a resident of the State of Illinois at the time of the occurrence.

WHEREFORE, Plaintiff, KLODIAN NAZAJ, respectfully requests that this court enter an order remanding this case back to the Circuit Court of Cook County, Illinois on the basis that there is no diversity jurisdiction and for any further relief this court deems necessary or just.

Respectfully submitted,
NEMEROFF LAW OFFICES, LTD.

/s/ David Nemeroff, One of
Plaintiff's Attorneys

NEMEROFF LAW OFFICES, LTD.
Attorneys for Plaintiff
55 West Monroe Street
Suite 600
Chicago, IL 60603
(312) 629-8800