IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KLODIAN NAZAJ, )
)
Plaintiff, )
)
-vs- )   No. 07 CV 06944
)
HOME DEPOT U.S.A. INC., )   Honorable William T. Hart
a Delaware corporation, )
)
Defendants. )

## NOTICE OF MOTION

**TO:**
Jonathan P. Schaefer
Purcell & Wardrope
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(Facsimile: 312/427-3944)
(Email: jps@pw-law.com)

On **September 10, 2008** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart or any judge sitting in his stead, in the courtroom usually occupied by him in **Courtroom 2243**, Dirksen Federal Building, Chicago, Illinois and then and there present the attached Plaintiff's Motion.

Respectfully submitted,

/s/ Adam S. Goldfarb

Nemeroff Law Offices, Ltd.
55 West Monroe St., Suite 600
Chicago, IL 60603
(312) 629-8800 (telephone)
(312) 629-8800 (facsimile)
Juryman1@aol.com

## PROOF OF SERVICE

I, Adam S. Goldfarb, an attorney, certify that I served this notice and a copy of the attached motion on the Defendant's attorney(s) by electronically filing on **August 30, 2008**. Parties may access this filing through the Court's electronic system.

/s/ Adam S. Goldfarb