3576/HD384 JPS/BSP

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| KLODIAN NAZAJ, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) No. 07 CV 06944 |
| | ) |
| HOME DEPOT, U.S.A., INC., a | ) |
| Delaware corporation, | ) |
| | ) |
| *Defendant* | ) |

### NOTICE OF FILING

To:   David Nemeroff
      Nemeroff Law Offices, Ltd.
      55 West Monroe St., Suite 600
      Chicago, IL 60603

    PLEASE TAKE NOTICE that on **September 9, 2008**, we caused to be filed with the Clerk of the Circuit Court of Cook County, ***Defendant Home Depot USA, Inc's Response to Plaintiff's Motion For Leave to File a First Amended Complaint,*** a copy of which is attached hereto.

                                    By:   /s/ Jonathan P. Schaefer
                                          Jonathan P. Schaefer

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3576 - Nazaj\Pleadings\NOF003.doc

### CERTIFICATE OF SERVICE

    I, Amy J. Kobel, a non-attorney, pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, certify that I served this Notice of Filing the foregoing documents, via email and regular mail, to each party to whom it is directed on September 9, 2008.

                                          /s/ Amy J. Kobel
                                          Amy J. Kobel