3576/HD384 JPS/BSP

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| KLODIAN NAZAJ, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | No.   07 CV 06944 |
| HOME DEPOT, U.S.A., INC., a Delaware corporation, | ) ) ) ) | District Judge Hart Magistrate Judge Keys |
| *Defendant* | ) | |

**HOME DEPOT USA, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR REMOVAL (sic) OF CAUSE TO THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

NOW COMES the Defendant, HOME DEPOT USA, INC., by its attorneys, JONATHAN P. SCHAEFER of PURCELL & WARDROPE, CHTD., pursuant to 28 USC §1447(e), and hereby responds to the Plaintiff's Motion For Removal (sic) Of Cause To The Circuit Court Of Cook County (Document 15), as follows:

1. The Plaintiff's original Complaint filed in the state court, alleged three theories against Home Depot USA, Inc.: Count I – Battery, Count II – False Imprisonment, and Count III – Malicious Prosecution. (Document 1, pages 5-12).

2. The Plaintiff's proposed First Amended Complaint (Document 14 -2) re-alleges said three initial Counts against Home Depot USA, Inc. The proposal also adds six individual defendants whom were alleged employees and/or agents of Home Depot USA, Inc., with theories against each of defamation (Counts IV – IX) and intentional infliction of emotional distress (Counts XI – XVI). The Plaintiff also alleges an intentional infliction of emotional distress count against Home Depot USA, Inc. under Count X.

3. The Defendant concurrently has filed a Response to the Plaintiff's motion to amend, as the proposed amendment fails to state proper causes of action under defamation and

intentional infliction of emotional distress against each defendant. Moreover, the Defendant claims that the improper form of the proposed amendment clearly shows an improper motive or intent in seeking the amendment, to wit: to destroy diversity of jurisdiction.

4. Pursuant to 28 USC 1447(e), this court may deny joinder and deny remand, if it determines that the Plaintiff sought to join additional defendants whose joinder would destroy subject matter jurisdiction.

5. The original complaint and the proposed amendment both specifically allege that Home Depot was liable under *respondeat superior* for the alleged actions of the named defendants as set forth in the proposed amended complaint. The proposed amendment also alleges that the newly added individual defendants were acting as employees and/or agents of the defendant at all relevant times.

6. The Plaintiff cannot recover any additional relief from the newly added defendants than it has already sought from Home Depot USA, Inc. Therefore, the newly named defendants are not *indispensible* to the Plaintiff's complaint and recovery.

7. As manifested by the Plaintiff's concurrent filing of a motion to amend to add individual defendants and of a motion to remand, it is clear that the Plaintiff's sole reasons for seeking such relief are to destroy diversity and to have the cause remanded to the state court.

8. Additionally, the undersigned counsel and his legal assistant have been advised on many occasions by the Plaintiff's attorney and/or his legal assistants that the Plaintiff was currently residing in Las Vegas, Nevada. These conversations came about when the undersigned insisted upon the scheduling of the Plaintiff's deposition, and said request was repeatedly put off, in part, until proper economical travel arrangements could be made for the Plaintiff to travel back to Chicago for his deposition. Therefore, even with the court granting the motion to amend (to add newly named individual defendants whom may reside in Illinois), ***complete diversity of***

*jurisdiction will exist.* (Concurrently with the service of this Response, the plaintiff has been served with supplemental interrogatories and supplemental production requests specifically directed to his current residence address.) Therefore, the Plaintiff's motion to remand based upon the lack of diversity should be denied.

WHEREFORE, the Defendant, HOME DEPOT USA, INC., respectfully requests this Honorable Court to deny the Plaintiff's Motion For Removal (sic) Of Cause To The Circuit Court Of Cook County, Illinois.

Respectfully submitted,

By:  /s/ Jonathan P. Schaefer
     Jonathan P. Schaefer

PURCELL & WARDROPE CHTD
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3576 - Nazaj\Pleadings\RespPltMtnAmend.doc