3576/HD384 JPS/BSP

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| KLODIAN NAZAJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 06944 |
| | ) | |
| HOME DEPOT, U.S.A., INC., a Delaware corporation, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF FILING

To:  David Nemeroff
     Nemeroff Law Offices, Ltd.
     55 West Monroe St., Suite 600
     Chicago, IL 60603

  PLEASE TAKE NOTICE that on **September 9, 2008**, we caused to be filed with the Clerk of the Circuit Court of Cook County, ***Defendant Home Depot USA, Inc's Response to Plaintiff's Motion For Removal (sic) of Cause to the Circuit Court of Cook County, Illinois***, a copy of which is attached hereto.


                    By:   /s/ Jonathan P. Schaefer
                          Jonathan P. Schaefer

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3576 - Nazaj\Pleadings\NOF003.doc

## CERTIFICATE OF SERVICE

  I, Amy J. Kobel, a non-attorney, pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, certify that I served this Notice of Filing the foregoing documents, via email and regular mail, to each party to whom it is directed on September 9, 2008.


                         /s/ Amy J. Kobel
                         Amy J. Kobel