UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Klodian Nazaj
                        Plaintiff,

v.                                                     Case No.: 1:07−cv−06944
                                                                 Honorable William T. Hart

Home Depot, U.S.A., Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing held. Plaintiff's motion for leave to file first amended complaint [14] is denied without prejudice. Plaintiff is given leave to file first amended complaint as stated in open court. Plaintiff's motion to remand [15] is entered and continued. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.